612

No. 332. LEISHMAN *v.* ASSOCIATED WHOLESALE ELECTRIC Co. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. John Flam* for petitioner. *Messrs. Marston Allen, Theodore Greve,* and *Leonard S. Lyon* for respondent.

No. 103. HARRISON, COLLECTOR OF INTERNAL REVENUE, *v.* NORTHERN TRUST Co. ET AL. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Fahy* for petitioner. *Messrs. Alexander F. Reichmann* and *Myron D. Davis* for respondents.

No. 124. LILLY *v.* GRAND TRUNK WESTERN RAILROAD Co. October 12, 1942. Petition for writ of certiorari to the Appellate Court, First District, of Illinois granted. *Mr. Samuel Cohen* for petitioner. *Messrs. H. Victor Spike, Silas H. Strawn,* and *Harold A. Smith* for respondent.

No. 303. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* AMERICAN DENTAL Co. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Fahy* for petitioner. *Messrs. John E. Hughes* and *James A. O'Callaghan* for respondent.

No. 184. KIESELBACH ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third